■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GENTL BONDS, Appellant. [31 NYS3d 894]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and

order of this Court dated June 4, 2014 (*People v Bonds*, 118 AD3d 717 [2014]), affirming a judgment of the Supreme Court, Queens County, rendered March 30, 2011.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Balkin, J.P., Austin, Miller and Maltese, JJ., concur.